106-7978                                           TAC:MTC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Beatrice Talavera,                 )
                                   )
       Plaintiff,              )
v.                                 )     Case No.: 08 C 398
                                   )     Judge Hibbler
OSI Collection Services, Inc.      )
                                   )
       Defendant.              )

**MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

NOW COMES the Defendant, **OSI Collection Services, Inc.,** by and through its attorneys, BULLARO & CARTON, P.C., and moves this Honorable Court to vacate any and all defaults heretofore entered, technical or otherwise, and for an extension of time up to and including April 7, 2008 to answer or otherwise plead to Plaintiff's Complaint for Damages. This counsel represents that he has spoken with plaintiff's counsel and said counsel has no objection to this extension of time.

                                                      Respectfully submitted,

                                                      **BULLARO & CARTON, P.C.**

                                                      By: /s/Thomas A. Carton
                                                          Thomas A. Carton

Thomas A. Carton
Bullaro & Carton, P.C.
200 North LaSalle Street, Suite 2500
Chicago, Illinois 60601
(312) 831-1000