106-7978                                                        TAC:MTC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Beatrice Talavera, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No.: 08 C 398 |
| | ) | Judge Hibbler |
| OSI Collection Services, Inc. | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF MOTION

TO:   Richard Meier
      20 W. Kinzie Street
      Suite 1300
      Chicago, Illinois 60610

On **March 12, 2008**, at **9:30 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Judge Hibbler**, in the courtroom usually occupied by her in **Room 1225**, in the United States District Court for the Northern District of Illinois, Eastern Division, Chicago, Illinois, and then and there present **Defendant's Motion for Extension of Time to Answer or Otherwise Plead.**

NAME:            BULLARO & CARTON, P.C.
ATTORNEY FOR:    OSI Collection Services, Inc.
ADDRESS:         200 North LaSalle Street, #2500
CITY:            Chicago, IL  60601
TELEPHONE:       (312) 831-1000

### PROOF OF SERVICE

I, Thomas A. Carton, an Attorney at Law, certify that a copy of the foregoing Notice of Motion was served electronically served on all counsel of record by 5:00 p.m. on March 7, 2008.

By: /s/Thomas A. Carton