# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | William J. Hibbler | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 398 | **DATE** | 3/11/2008 |
| **CASE TITLE** | Talavera vs. OSI Collection Services | | |

**DOCKET ENTRY TEXT**

Defendant's motion for extension of time until 4/7/08 to answer or otherwise plead is granted. Status hearing to set discovery schedule set for 4/23/08 at 9:30 a.m. Parties to submit joint proposed discovery schedule to the Court by 4/21/08.

Docketing to mail notices.

| | Courtroom Deputy Initials: | JHC |
|---|---|---|

Case 1:08-cv-00398  Document 8  Filed 03/11/2008  Page 1 of 1

08C398 Talavera vs. OSI Collection Services                Page 1 of 1