IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BEATRICE TALAVERA, | ) | |
| | ) | |
| Plaintiff, | ) | Judge Hibbler |
| | ) | |
| -vs- | ) | Case No.:   08 C 398 |
| | ) | |
| OSI COLLECTION SERVICES, INC., | ) | Magistrate Nolan |
| | ) | |
| Defendant. | ) | |

## NOTICE OF PENDING SETTLEMENT

Plaintiff Beatrice Talavera and Defendant OSI Collection Services, Inc., through counsel, have agreed to a settlement in principal of this matter on April 4, 2008, and are currently negotiating and preparing the necessary documents necessary to finalize their agreement.

WHEREFORE, Defendant respectfully requests that the Court stay all pending deadlines, including the April 7, 2008 deadline for Defendant to file a responsive pleading, pending final settlement of this matter.

Respectfully Submitted,

By: /s/ James K. Schultz
James K. Schultz

James K. Schultz
SESSIONS, FISHMAN, NATHAN & ISRAEL OF ILLINOIS, LLC
1000 Skokie Boulevard, Suite 430
Wilmette, IL  60091
Telephone:  (847) 853-6100
Facsimile:  (847) 853-6105
E-Mail:    jschultz@sessions-law.biz

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BEATRICE TALAVERA, | ) | |
| | ) | |
| Plaintiff, | ) | Judge Hibbler |
| | ) | |
| -vs- | ) | Case No.:   08 C 398 |
| | ) | |
| OSI COLLECTION SERVICES, INC., | ) | Magistrate Nolan |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of April, 2008, a copy of the foregoing **Notice of Pending Settlement** was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Richard J. Meier, Esq.
Macey & Aleman, P.C./Legal Helpers, P.C.
20 West Kinzie Street
Suite 1300
Chicago, IL 60610

/s/ James K. Schultz
James K. Schultz
Attorney for Defendant

2