UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Beatrice Talavera | Case No. 1:08-cv-398 |
| Plaintiff, | Judge: Hibbler |
| v. | **NOTICE OF DISMISSAL WITH PREJUDICE** |
| OSI Collection Services, Inc | |
| Defendant. | |

Now comes Plaintiff, by and through counsel, and hereby dismisses the present action pursuant to Fed. R. 41(a)1(i), with prejudice. This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

RESPECTFULLY SUBMITTED,

Legal Helpers, P.C.

By:     /s/ Richard J. Meier
　　　Richard J. Meier
　　　The Sears Tower
　　　Suite 5150
　　　Chicago, IL 60606
　　　Telephone: 1.866.339.1156
　　　rjm@legalhelpers.com
　　　Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 23, 2007 a copy of the foregoing Notice was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

                                          */s/ Richard J. Meier*